IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DIAMOND CARGO, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MATT CAULEY; DONNA CAULEY; and SOUTHERN TRAILERS, LLC, <br><br> Defendants. | CIVIL ACTION NO.: 4:19-cv-342 |

**O R D E R**

The Court granted Plaintiff's Motion to Stay this action on April 9, 2020. (Doc. 8.) The Court **ORDERS** Plaintiff to file a status report within **fourteen (14) days** of the date of this Order. In that report, Plaintiff should address the status of this case and the bankruptcy litigation and state its position as to whether this case should remain stayed.

**SO ORDERED**, this 21st day of June, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA